UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES** | : | **Hon. Jose L. Linares, U.S.D.J.** |
| | : | |
| **v.** | : | **CONSENT ORDER** |
| | : | |
| **MIMS HACKETT, JR.** | : | **Crim. No. 07-810 (JLL)** |

This matter having come before the Court by Christopher J.

Christie, United States Attorney for the District of New Jersey

(by Christopher J. Gramiccioni, Assistant U.S. Attorney) for an

Order modifying defendant Mims Hackett, Jr.'s (John A. Azzarello,

Esq., appearing) bail conditions, with the consent of the

parties, and for good cause shown;

WHEREFORE, on this _____28th_____ day of May, 2008,

IT IS ORDERED that defendant Mims Hackett, Jr.'s travel be

restricted to the Districts of New Jersey and Massachusetts, the

Middle District of Pennsylvania, and the Southern District of

Alabama.  All other travel outside of these Districts is subject

to the approval of the U.S. Pretrial Services Office; and

IT IS FURTHER ORDERED that all other conditions of release

set forth in Order issued by the Honorable Tonianne Bongiovanni,

U.S.M.J., on September 6, 2007 remain in full force and effect.

```
HON. JOSE L. LINARES
United States District Judge
```