UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES<br><br>v.<br><br>MIMS HACKETT, JR. | Case No. 07-cr-00810-JLL |
|---|---|

**ORDER**

AND NOW, this 23rd day of Oct, 2008, upon application of Defendant Mims Hackett, Jr., and with the consent of the United States, it is hereby ORDERED that, in order for Defendant Hackett to appear to be sentenced in New Jersey state court in the matter of *State v. Mims Hackett, Jr.*, the date that Defendant Hackett shall surrender for service of sentence at the institution designated by the Bureau of Prisons is adjourned from January 5, 2009 to January 12, 2009.

_____
Jose L. Linares, U.S.D.J.