UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES : | |
| : | |
| v. : | Case No. 07-cr-00810-JLL |
| : | |
| MIMS HACKETT, JR. : | |

### ORDER

AND NOW, this 5th day of January, 2009, upon application of Defendant Mims Hackett, Jr., and with the consent of the United States, it is hereby ORDERED that, in order for Defendant Hackett to appear to be sentenced in New Jersey state court in the matter of *State v. Mims Hackett, Jr.*, the date that Defendant Hackett shall surrender for service of sentence at the institution designated by the Bureau of Prisons is adjourned from January 12, 2009, to January 26, 2009.

_____
Jose L. Linares, U.S.D.J.