PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
United States Attorney's Office
970 Broad Street, Room 700
Newark, New Jersey 07102
Tel. 973-645-2736
Fax 973-645-3210
email: Leah.Bynon@usdoj.gov
LAB0321
(FLU:VC)

October 14, 2009

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. JOSE L. LINARES |
| PLAINTIFF, | : | CRIMINAL NO. 07-810 |
| v. | : | |
| MIMS HACKETT, | : | ORDER |
| DEFENDANT. | : | |

This matter having been opened to the Court by the U.S. Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 2nd day of Nov, 2009

ORDERED that the Application and Order for Writ of Continuing Garnishment in this matter is hereby WITHDRAWN.

By: _____
HONORABLE JOSE L. LINARES
JUDGE, U.S. DISTRICT COURT