UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>MIMS HACKETT, JR. | Case No. 07-cr-00810-JLL<br><br>ORDER |

Upon application by Defendant Mims Hackett, Jr., by and through his attorneys, Arsenault, Whipple, Fassett & Azzarello, LLP (by John A. Azzarello, Esq.), and the United States Attorney's Office (by Christopher Gramiccioni, A.U.S.A.) offering no objection, and for good cause having been shown,

IT IS on this 18th day of March, 2010,

ORDERED that defendant shall receive credit toward the portion of his sentence requiring nine (9) months of home confinement for the period from December 22, 2009, to February 19, 2010, during which time defendant actually has been under the supervision of both the U.S. Probation Office and the Intensive Supervision Program of the State of New Jersey.

_____
Jose L. Linares
United States District Court Judge