UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. Nos. 07-810 (JLL)

v. : Hon. Jose L. Linares,
United States District Judge

MIMS HACKETT, JR. : <u>ORDER</u>

This matter having come before the Court on the motion of defendant Mims Hackett, Jr., pro se, for an order terminating early his supervised release pursuant to Title 18, United States Code, Section 3583(e)(1); and the United States of America (Paul J. Fishman, United States Attorney, by James B. Nobile, Assistant U.S. Attorney, appearing) having opposed this motion; and the Court having read the submissions of the parties and having reviewed the record in this matter; and for good cause shown,

It is on this 10 day of May, 2011,

ORDERED that defendant Mims Hackett Jr.'s motion to terminate early his supervised release be denied.

HON. JOSE L. LINARES
United States District Judge